**Order entered January 30, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00414-CV

**MARY HELEN WILLIAMS-WHITE, Appellant**

**V.**

**HENRY M. WHITE, Appellee**

**On Appeal from the 59th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. FA-12-0829**

## ORDER

On January 6, 2014, the Court ordered that this appeal be submitted without a reporter's record and ordered appellant to file her brief by February 5, 2014. The Court received a letter from appellant on January 21, 2014. In response to that letter, the Court, in an order dated January 27, 2014, ordered Kelly Ashmore, Grayson County District Clerk, to file a supplemental clerk's record containing either the trial court's order sustaining the court reporter's contest to appellant's affidavit of indigence or written verification that no such order exists. On January 29, 2014, the Court received a supplemental clerk's record containing a copy of the trial court's docket sheet with a handwritten notation that the contest was "affirmed." If the trial court fails to sign a written order sustaining a contest within the period set for the hearing, the affidavit's allegations are deemed true and the party will be allowed to proceed without advance payment of

costs.  *See* TEX. R. APP. P. 20.1(i)(4).  A docket entry does not constitute a written order.  *See Smith v. McCorkle*, 895 S.W.2d 692 (Tex. 1985).  Because the trial court did not sign a written order sustaining the contest within the required time period, appellant is allowed to proceed without advance payment of costs.

Accordingly, we **VACATE** those portions of this Court's January 6, 2014 order that ordered that this appeal be submitted without a reporter's record and ordered appellant to file a brief by February 5, 2014.

We **ORDER** Cindy Bardwell, Official Court Reporter of the 59th Judicial District Court of Grayson County, Texas, to file, on or before **MONDAY MARCH 3, 2014**, the reporter's record from the hearings held on June 5, 2012, October 19, 2012, January 2, 2013, and January 29, 2013.

Appellant's brief will be due thirty days after the reporter's record is filed.  We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to The Honorable Rayburn Nall, Judge of the 59th Judicial District Court of Grayson County, Texas, Cindy Bardwell, counsel for appellee, and by first-class mail to appellant.

/s/     ELIZABETH LANG-MIERS
JUSTICE